# LAW OFFICE OF
# ANTHONY M. VASSALLO

**305 Fifth Avenue | Suite 1B**
**Brooklyn, NY 11215**
**(917) 862-1936 | tony@amvasslaw.com**

September 19, 2018

**VIA ECF FILING**
Hon. Louis A. Scarcella
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York, Central Islip Division

Re:  In re Rodney McTootle
     E.D.N.Y. Chapter 13 Case #: 1-18-72747-las

Dear Judge Scarcella:

The above firm is counsel to Rodney McTootle, the chapter 13 debtor in the above-referenced matter.

Based upon conversations with the Debtor, he has consented to the dismissal of his case as requested in the Trustee's motion to dismiss dated August 30, 2018 (ECF # 24) that will be heard on September 20, 2018.

Please feel free to contact me if you need anything further or if you have any questions.

Very truly yours,

s/s Anthony M. Vassallo

cc: Marianne de Rosa, Chapter 13 Trustee